■ CORTLANDT ASSOCIATES, Respondent, v SHKODRA MANAGEMENT CO., Appellant.—Appeal by the defendant from an order of the Supreme Court, Nassau County (Robbins, J.), dated October 20, 1987.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Robbins at the Supreme Court. Brown, J. P., Lawrence, Eiber and Kooper, JJ., concur.